IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, AKRON, OHIO

| | |
|---|---|
| DAVID B. MAYFIELD, JR., | CASE NO: 5:07-CV-02775 |
| Plaintiff, | |
| v. | JUDGE SARA LIOI |
| ROBERT CRAWFORD, et al. | |
| Defendants. | |

## AGREED ORDER OF PRELIMINARY INJUNCTION

Now comes the Plaintiff, David B. Mayfield, Jr., by and through the undersigned counsel, and Defendants, Fairmont Specialty Insurance Company, United States Fire Insurance Company, and North River Insurance Company, by and through the undersigned counsel, and by agreement of the parties, state as follows:

1. By mail sent on or about August 9, 2007, Defendants notified Plaintiff in writing of the termination of the Bail Bond Producer Underwriting Agreement then in effect with Plaintiff;

2. Effective upon receipt of the Bail Bond Producer Underwriting Agreement termination letter, Plaintiff no longer has authority from Defendants to execute any further bonds on behalf of Defendants effective upon receipt of the August 9, 2007 termination letter;

3. Plaintiff acknowledges and understands the termination of the Bail Bond Producer Underwriting Agreement prohibits him from having any further authority to execute bonds on behalf of Defendants and acknowledges receipt of said August 9, 2007 correspondence terminating said underwriting authority; and

4. Plaintiff states that he has not executed any further bonds on behalf of Defendant since receipt of the Bail Bond Producer Underwriting Agreement termination letter dated August 9, 2007 and does not have any intent to execute any further bonds on behalf of Defendant.

5. Plaintiff hereby waives the security requirement as set forth in Fed. R. Civ. P. 65(1)(c) and consents to the terms of the Agreed Order of Preliminary Injunction set forth herein.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

Plaintiff, David B. Mayfield, Jr. and David B. Mayfield, Jr. dba Big Dave Mayfield Bail Bonds of Akron, Ohio, along with his employees, agents, and/or representative, be in are hereby enjoined and restrained from the date of this Order until further order of this Court as follows:

1. Plaintiff shall be restrained from posting bail bonds for Defendants, Fairmont Specialty Insurance Company, United States Fire Insurance Company, and North River Insurance Company;

2. Plaintiff, along with his employees, agents, and/or representative, shall be restrained from soliciting, distributing, and/or executing Defendants, Fairmont Specialty Insurance Company, United States Fire Insurance Company, and North River Insurance Company's bail bonds.

3. Plaintiff, along with his employees, agents, and/or representative, shall return any unused bail bond powers to Defendants' counsel, within twenty (20) days from the date this Order is filed.

Entered at   Akron   , Ohio this 28th day of September 2007.

                                                s/ Sara Lioi
                                                Judge Sara Lioi

Approved by:


 /s/ Scott M. Zurakowski
Scott M. Zurakowski (0069040), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street, N.W./P.O. Box 36963
Canton, Ohio  44735-6963
Phone:  (330) 497-0700/Fax:  (330) 497-4020
szurakowski@kwgd.com
**Attorney for Defendants, Fairmont Specialty Insurance Company, U.S. Fire Insurance Company, and North River Insurance Company**



 /s/ Karl R. Rissland
Karl R. Rissland (0046782)
9442 State Route 43
Streetsboro, Ohio 44241
Phone:  (330) 626-1990/Fax: (330) 626-9313
**Attorney for Plaintiff,  David B. Mayfield, Jr.**